UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| STEPHANIE WOODS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:09CV1925 CDP |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on plaintiff's motion for attorney's fees and costs pursuant to the Equal Justice Act, 28 U.S.C. § 2412. Plaintiff seeks $4345.60 in attorney's fees. Defendant does not oppose the motion.

On January 26, 2011, I reversed the decision of the Commissioner and remanded the case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees and costs, I find plaintiff[1] is entitled to an award in the amount requested.

Accordingly,

---

[1] The fees are payable to plaintiff under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2524 (2010).

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#22] is granted, and defendant shall pay plaintiff $4345.60 in attorney's fees.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 10th day of May, 2011.